**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the twenty-first day of October, two thousand and fourteen,

_____

In Re: Lehman Brothers Holdings Inc.         **ORDER**
                                        Docket Number: 14-3810

-----------------------------------------------------------------

Lehman Brothers Inc.,

Debtor,

UBS Financial Services Inc.,

Claimant - Appellant,

v.

James W. Giddens, as Trustee for the SIPA Liquidation
of Lehman Brothers Inc.,

Trustee - Appellee.

_____

      A notice of appeal was filed on October 6, 2014. Appellant's Form C, D were due October 20, 2014. The case is deemed in default.

      IT IS HEREBY ORDERED that the appeal will be dismissed effective November 4, 2014 if the forms are not filed by that date.

                                 For The Court:

                                 Catherine O'Hagan Wolfe,
                                 Clerk of Court

